UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SPEIDEL, INC., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO.: 07-071 ML |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND TRANSPORTATION INSURANCE COMPANY, | § | |
| Defendants. | § | |

**ENTRY OF APPEARANCE**

I, Mark P. Dolan, Esquire, of RICE DOLAN & KERSHAW hereby enter my appearance as counsel on behalf of defendants National Fire Insurance Company of Hartford and Transportation Insurance Company in the above matter.

RICE DOLAN & KERSHAW

BY: /s/ Mark Dolan

Mark P. Dolan, Esquire
170 Westminster Street
Suite 900
Providence, RI 02903
Telephone: (401) 272-8800

**CERTIFICATION**

I hereby certify that the following counsel has received a copy of the within document filed electronically via the Court's ECF system:

William E. O'Gara, Esq.
John P. Walsh, Esq.
Pannone Lopes & Devereaux, LLC
1800 Financial Plaza
Providence, RI 02903

Dated: May 4, 2007 ____/s/ Mark Dolan__________