UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SPEIDEL, INC.<br><br>v.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND TRANSPORTATION INSURANCE COMPANY | C. A. No. 07-071ML |

PLAINTIFF'S RULE 16 STATEMENT

This is an action to recover legal fees, costs and monies incurred in connection with defending and settling an action brought in the Middle District of Florida captioned World Triathlon Corporation v. Speidel, C.A. No. 06-02175-EAK-MAP (Md. Fla. November 21, 2006) ("WTC Action").

In the WTC Action, WTC asserted claims against Speidel related to Speidel's alleged unlawful use of WTC's logo in its advertising. WTC Complaint ¶14, 19, 24, 28, 36, 42 and 48.

In November of 2006 Speidel made a demand on the defendants to defend and indemnify Speidel in connection with the WTC complaint pursuant to policies of insurance issued by the defendants to Speidel. The defendants rejected the tender and on December 22, 2006 notified Speidel that no defense would be provided.

The case was subsequently settled and Speidel is seeking to recover the monies spent defending and resolving the case. It is the position of Speidel that under Rhode Island law there was both a duty to defend and indemnify. See Progressive Crs. Ins. Co. v. Narragansett Auto Sales, 764 A.2d 722, 724 (R.I. 2001).

**PLAINTIFF SPEIDEL, INC.**
By its Attorneys,

/s/William E. O'Gara
William E. O'Gara (#4257)
John P. Walsh (#6709)
**PANNONE, LOPES & DEVEREAUX LLC**
1800 Financial Plaza
Providence, RI 02903
(401) 824-5100 (Telephone)
(401) 824-5123 (Fax)

**CERTIFICATION**

I hereby certify that on this 30th day of May, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Mark P. Dolan, Esq.
170 Westminster Street, Suite 900
Providence, RI 02903

Christopher R. Carroll, Esq.
Christopher P. Ward, Esq.
Carroll McNulty & Kull LLC
120 Mountain View Boulevard
PO Box 650
Basking Ridge, NJ 07920

/s/William E. O'Gara

#5529