**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Speidel, Inc.

**V.** **CA 07-71ML**

**National Fire Insurance Co., et al**

**ORDER**

**Pursuant to the rule 16 conference held on May 30, 2007, cross-motions for summary judgment shall be filed on or before August 30, 2007.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**Chief United States District Judge**
**May 31 , 2007**

**ENTERED as an Order of this Court on May 31 ,2007.**

Barbara Barletta
**Deputy Clerk**