UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SPEIDEL, INC., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO.: 07-071 ML |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND TRANSPORTATION INSURANCE COMPANY, | § | |
| Defendants. | § | |

**DEFENDANTS NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND TRANSPORTATION INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER TO INCLUDE A COUNTERCLAIM**

Defendants hereby move to amend their answer in the form annexed hereto to said motion as Exhibit A to include a counterclaim. In support of their motion, defendants submit the attached memorandum.

RICE DOLAN & KERSHAW

BY: /s/ Mark P.Dolan____________

Mark P. Dolan, Esquire #3280
170 Westminster Street
Suite 900
Providence, RI 02903
Telephone: (401) 272-8800
Fax: (401) 421-7218
E-mail: ricedolan@ricedolan.com

Of Counsel:

CARROLL MCNULTY & KULL L.L.C.
Christopher R. Carroll, Esquire

Christopher P. Ward, Esquire
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, New Jersey 07920
Telephone: (908) 848-6300
Attorneys for Defendants, National Fire Insurance Company of Hartford and Transportation Insurance Company

**CERTIFICATION**

All counsel of record has received the within document electronically via the Court's ECF system.

Date: August 10, 2007 /s/ Mark P. Dolan_________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SPEIDEL, INC., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO.: 07-071 ML |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND TRANSPORTATION INSURANCE COMPANY, | § | |
| Defendants. | § | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND TRANSPORTATION INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER TO INCLUDE A COUNTERCLAIM**

Defendants hereby move for leave from the Court to file an amended answer to plaintiff's complaint to include a counterclaim for declaratory relief pursuant to 28 U.S.C. § 2201 and § 2202. Defendants seek to include the counterclaim for declaratory relief for a judicial determination of the scope and nature of their obligations, if any, under certain commercial general liability and umbrella policies of insurance issued to plaintiff Speidel, Inc and to resolve the current controversy between the parties.

For the above reasons, defendants respectfully request that their motion now be granted.

RICE DOLAN & KERSHAW

BY: /s/ Mark P.Dolan____________
Mark P. Dolan, Esquire #3280
170 Westminster Street
Suite 900
Providence, RI 02903
Telephone: (401) 272-8800
Fax: (401) 421-7218
E-mail: ricedolan@ricedolan.com

Of Counsel:

CARROLL MCNULTY & KULL L.L.C.
Christopher R. Carroll, Esquire
Christopher P. Ward, Esquire
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, New Jersey 07920
Telephone: (908) 848-6300
Attorneys for Defendants, National Fire
Insurance Company of Hartford and
Transportation Insurance Company

**CERTIFICATION**

All counsel of record has received the within document electronically via the Court's ECF system.

Date: August 10, 2007 /s/ Mark P. Dolan____________