UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SPEIDEL, INC., Plaintiff, | § | |
| v. | § | CIVIL ACTION NO.: 07-071 ML |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND TRANSPORTATION INSURANCE COMPANY, Defendants. | § | |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants National Fire Insurance Company of Hartford and Transportation Insurance Company hereby move that Christopher R. Carroll, Esq., Kristin V. Gallagher, Esq., and Christopher P. Ward, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

By: /s/ Mark P. Dolan
Mark P. Dolan, Esq.
Attorney for Defendants
National Fire Insurance
Company and Transportation
Insurance Company

Bar ID No.: 3280

Address: Rice Dolan & Kershaw
The Union Trust Building,
Suite 900
170 Westminster Street
Providence, RI 02903

DATED: August 10, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States of New Jersey and New York and of the following Federal District Court and/or Court of Appeals Bar(s): U.S. District Court for the District of New Jersey; U.S. District Court for the Eastern District of New York; U.S. District Court for the Southern District of New York; and U.S. Court of Appeals, Fourth Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligations to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

/s/ Christopher R. Carroll
Signature of *Pro Hac Vice* Applicant

Christopher R. Carroll CRC0300
Print Name State Bar ID #

Carroll, McNulty & Kull L.L.C.
Firm Name

120 Mountain View Blvd., P.O. Box 650
Basking Ridge, New Jersey 07920
Business Address

(908) 848-6300 (908) 848-6310
Tel. # Fax #

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of New Jersey, the U.S. District Court for the District of New Jersey, and the State of New York, and my eligibility to practice before that court has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligations to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

/s/ Kristin V. Gallagher
Signature of *Pro Hac Vice* Applicant

Kristin V. Gallagher 029601995
Print Name State Bar ID #

Carroll, McNulty & Kull L.L.C.
Firm Name

120 Mountain View Blvd., P.O. Box 650
Basking Ridge, New Jersey 07920
Business Address

(908) 848-6300 (908) 848-6310
Tel. # Fax #

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of New Jersey, and my eligibility to practice before that court has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligations to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

/s/ Christopher P. Ward
Signature of *Pro Hac Vice* Applicant

Christopher P. Ward 033502004
Print Name State Bar ID #

Carroll, McNulty & Kull L.L.C.
Firm Name

120 Mountain View Blvd., P.O. Box 650
Basking Ridge, New Jersey 07920
Business Address

(908) 848-6300 (908) 848-6310
Tel. # Fax #

**LOCAL COUNSEL'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Mark P. Dolan_______________
Signature of Local Counsel

Mark P. Dolan 3280
______________________________
Print Name Bar ID #

Rice Dolan & Kershaw__________
Firm Name

170 Westminster Street, Suite 900
Providence, RI 02903__________
Business Address

Tel. # (401) 272-8800
Fax # (401) 421-7218

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SPEIDEL, INC., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO.: 07-071 ML |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND TRANSPORTATION INSURANCE COMPANY, | § | |
| Defendants. | § | |

**ORDER ON MOTION FOR ADMISSION PRO HAC VICE**

This motion is hereby ______________________________________________

______________________________
District Judge

Date: