UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SPEIDEL, INC.<br>Plaintiff<br><br>vs.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND TRANSPORTATION INSURANCE COMPANY<br>Defendants | : | C.A. No. 07-071ML |

NOTICE OF CHANGE OF ADDRESS

Please be advised of new address for William E. O'Gara, Esq.

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02903
401-824-5100 (telephone)
401-824-5123 (facsimile)

Respectfully submitted,
PLAINTIFF

/s/ William E. O'Gara
William E. O'Gara, Esq. (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Ste. 301
Providence, RI 02908
401-824-5100 (telephone)
401-824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that I have electronically filed the above document on the 16th day of August, 2007.

Notice will be electronically mailed to:

Mark P. Dolan, Esq.
170 Westminster Street, Suite 900
Providence, RI 02903

Christopher R. Carroll, Esq.
Christopher P. Ward, Esq.
Carroll McNulty & Kull LLC
120 Mountain View Boulevard
PO Box 650
Basking Ridge, NJ 07920

/s/ William E. O'Gara