UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SPEIDEL, INC. Plaintiff | : | |
| vs. | : | C.A. No. 07-071ML |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND TRANSPORTATION INSURANCE COMPANY Defendants | : | |

DISMISSAL STIPULATION

This action is dismissed with prejudice.

SPEIDEL, INC.

By its attorneys,

/s/ William E. O'Gara
William E. O'Gara, Esq. (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Ste. 301
Providence, RI 02908
401-824-5100 (telephone)
401-824-5123 (facsimile)

NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND TRANSPORTATION INSURANCE COMPANY

By its attorneys,

/s/ Mark P. Dolan
Mark P. Dolan, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 (telephone)
(401) 421-7218 (facsimile)

Doc #7116